08 CV 03066

LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
HETEH HOLDINGS PTE., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HETEH HOLDINGS PTE. LTD.,

                      Plaintiff,

   - against -                                          08 Civ.     (     )

SALBOOKH TRADING CO. K.S.C.C.,

                      Defendant.
------------------------------------------------------------------X

ECF CASE

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff HETEH HOLDINGS PTE. LTD., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: March 26, 2008

                                          LYONS & FLOOD, LLP
                                          Attorneys for Plaintiff
                                          HETEH HOLDINGS PTE. LTD.

                          By: _____
                                    Kirk M. Lyons (KL-1568)
                                    65 West 36th Street, 7th Floor
                                    New York, New York 10018
                                    (212) 594-2400

U:\kmhldocs\2600034\Legal\Rule 7.1.doc