# LYONS & FLOOD, LLP
ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

June 5, 2008

**MEMO ENDORSED**
p. 2

6/11/08

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re:  Heteh Holdings Pte. Ltd. v. Salbookh Trading Co. K.S.C.C.
     08 Civ. 3066 (RMB)
     Our File No.: 2600034

Dear Judge Berman:

We represent plaintiff Heteh Holdings Pte. Ltd. ("Heteh") in this Rule B maritime attachment action and write to update you as to the status of this case, as per your Chambers' request of June 4.

On May 30, 2008, we were advised by JPMorgan Chase Bank that an electronic fund transfer originating from defendant Salbookh Trading Co. K.S.C.C. ("Salbookh") in the amount of $649,300.00 had been restrained.

Pursuant to Local Admiralty Rule B.2, we notified Salbookh of this restraint by e-mail and fax on June 2, 2008. We continue to serve the garnishee banks on a daily basis in the hope of further restraints up to the amount ($1,096,439.40) in the Ex Parte Order for Process of Maritime Attachment and Garnishment.

We thank you for your attention to this matter.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435  FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355  FAX: (203) 661-2577

        Respectfully yours,

        **Lyons & Flood, LLP**

By: _____
        Kirk M. Lyons

U:\kmhldocs\2600034\Correspondence\Berman 01 ltr.doc

---

Parties to provide status update on or before 9/12/08.

SO ORDERED:
Date: 6/10/08                    *Richard A. Berman*
Richard M. Berman, U.S.D.J.

- 2 -